IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, <br> AIS #140252, <br><br> Plaintiff, <br><br> v. <br><br><br> SHERIFF ANDY R. HUGHES, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:08-CV-371-WHA <br> )                        [WO] <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On July 28, 2010, the Magistrate Judge filed a Recommendation (Doc. 32) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 32) is ADOPTED;

2. The defendants' motion for summary judgment is GRANTED;

3. Judgment is entered in favor of the defendants;

4. The costs of this proceeding are taxed against the plaintiff; and

5. This case is DISMISSED with prejudice.

Done this 17th day of August, 2010.


/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE